**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Fred Jessie COLE, Jr., Defendant–
Appellant.**

No. 10–20650
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 2, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Fred Jessie Cole, Jr., challenges the restitution order imposed following his guilty-plea conviction for health-care fraud, aiding and abetting. Cole contends the district court committed reversible plain error by ordering him to pay $937,567.54 because that amount was not based on Medicaid's actual loss. Cole contends the court failed to consider the number of units he actually delivered. *See United States v. Klein,* 543 F.3d 206, 215 (5th Cir.2008) ("[Cole's] gross is not equivalent to [Medicaid's] loss" (citing 18 U.S.C. § 3663A)). The Government concedes error and requests our court vacate the restitution order and remand for resentencing.

CONVICTION AFFIRMED; SENTENCE IN PART AFFIRMED; RESTITUTION ORDER VACATED; REMANDED for resentencing consistent with this opinion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.